UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TRAVIS SCOTT,

    Plaintiff,

v.                                                  CASE NO.: 8:11-cv-225-T-27MAP

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER

This cause is before the Court on Plaintiff's petition for attorney's fees (doc. 26). Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), Plaintiff seeks attorney's fees in the amount of $4,316.09. On February 24, 2012, I entered an order reversing the Commissioner's decision and remanding the case (doc. 24). And on February 27, 2012, judgment was entered in favor of the Plaintiff (doc. 25). Thus, a final judgment was rendered in this action and the Plaintiff is the prevailing party. Plaintiff now requests that, if the United States Department of the Treasury determines Plaintiff does not owe a federal debt, the government will accept Plaintiff's Assignment of EAJA fees and pay fees directly to Plaintiff's attorney. The Commissioner does not oppose the Plaintiff's request. Accordingly, it is hereby

    ORDERED:

    1.    Plaintiff's petition for attorney's fees pursuant to the EAJA (doc. 34) is granted.

    2.       Plaintiff is awarded fees in the amount of $4,316.09. The fees shall be made payable to Plaintiff and delivered to Plaintiff's counsel unless the United States Department of the Treasury determines Plaintiff does not owe a federal debt, in which case the fees shall be made payable to Plaintiff's counsel in accordance with Plaintiff's assignment of EAJA fees.

DONE AND ORDERED at Tampa, Florida on June 1, 2012.

*Mark A. Pizzo*
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE